[No. 23190-9-III.  Division Three.  July 28, 2005.]

THE STATE OF WASHINGTON, *Respondent*, v. TIMOTHY JOHN RAPOSE, *Appellant*.

Appeal from a judgment of the Superior Court for Benton County, No. 02-1-00453-2, Carolyn A. Brown, J., entered June 10, 2004. *Reversed* by unpublished opinion per Kato, C.J., concurred in by Kurtz and Brown, JJ.

[No. 23207-7-III.  Division Three.  July 28, 2005.]

THE DEPARTMENT OF LABOR AND INDUSTRIES, *Appellant*, v. JODY A. BOGLE, *Respondent*.

Appeal from a judgment of the Superior Court for Spokane County, No. 03-2-07177-8, Neal Q. Rielly, J., entered June 28, 2004. *Affirmed* by unpublished opinion per Kato, C.J., concurred in by Sweeney and Kurtz, JJ.

[No. 23384-7-III.  Division Three.  July 28, 2005.]

MIKE G. VAN DINTER ET AL., *Appellants*, v. JOSEPH M. ORR ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Spokane County, No. 04-2-01308-3, Salvatore F. Cozza, J., entered September 16, 2004. *Affirmed in part* and *reversed in part* by unpublished opinion per Kato, C.J., concurred in by Schultheis and Brown, JJ.